UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| ROBYN GOODMAN, | ) | No: 5:24-cv-00700-DTB |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] ORDER AWARDING |
| MARTIN O'MALLEY, | ) | EAJA FEES |
|  Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($4,300.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: August 14, 2024  _____

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE